

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00072-CV

IN RE THEODIS DODSON, JR.                                 RELATOR

------------

### ORIGINAL PROCEEDING
### TRIAL COURT NO. 1072134

------------

## MEMORANDUM OPINION[1]

------------

The court has considered all of the filings in this original proceeding, including Judge Elizabeth H. Beach's April 14, 2015 response indicating that she has ordered the court reporter to provide relator with information regarding the cost of copies of the jury selection part of the reporter's record in his underlying criminal case. The court is of the opinion that relief should be denied as moot. Accordingly, relator's petition for writ of mandamus is denied.

PER CURIAM

PANEL: LIVINGSTON, C.J.; GARDNER and MEIER, JJ.

DELIVERED: April 17, 2015

---

[1]See Tex. R. App. P. 47.4, 52.8(d).